# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rayshonda Roberson, | No. CV-18-00815-PHX-DWL |
| Plaintiff, | **ORDER** |
| v. | |
| Thunderbird Collection Specialists Incorporated, et al., | |
| Defendants. | |

**IT IS ORDERED** granting the Joint Stipulation for Dismissal of Prejudice and Without Costs (Doc. 25).

**IT IS FURTHER ORDERED** that all claims in the above-captioned case are dismissed with prejudice, with each party bearing its own costs and attorneys' fees.

Dated this 27th day of November, 2018.

Dominic W. Lanza
United States District Judge